# NO. 12-24-00149-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TEXAS BANK AND TRUST,*<br>*APPELLANT* | *§* | *APPEAL FROM THE 124TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *CALIFORNIA COAST CREDIT*<br>*UNION,*<br>*APPELLEE* | *§* | *GREGG COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay--at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On May 17, 2024, the Clerk of this Court notified Appellant, Texas Bank and Trust, that the filing fee in this appeal is due and the appeal would be subject to dismissal if the fee was not

paid on or before May 28. The date for remitting the filing fee passed, and Appellant has not paid the fee or otherwise shown that it is excused from paying the fee.

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered May 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 31, 2024**

**NO. 12-24-00149-CV**

**TEXAS BANK AND TRUST,**
Appellant
V.
**CALIFORNIA COAST CREDIT UNION,**
Appellee

Appeal from the 124th District Court
of Gregg County, Texas (Tr.Ct.No. 2023-1565-B)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*